UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Chris Emanuel Stewart**                    **Docket No. 5:13-CR-93-1FL**

**Petition for Action on Supervised Release**

COMES NOW Peter J. Yalango, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Chris Emanuel Stewart, who, upon an earlier plea of guilty to 18 U.S.C. §922(g)(1) and 924, Felon in Possession of a Firearm, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on October 3, 2013, to the custody of the Bureau of Prisons for a term of 65 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Chris Emanuel Stewart was released from custody on January 30, 2018, at which time the term of supervised release commenced.

A Violation Report was submitted to Your Honor on May 8, 2018, stating that the defendant submitted a urinalysis sample which tested positive for marijuana on April 26, 2018. The defendant was enrolled in individual substance abuse counseling at Integrated Behavioral Healthcare Services and it was recommended that no further action be taken. Your Honor agreed with this recommendation on May 8, 2018.

A Violation Report was submitted to Your Honor on June 20, 2018, stating that the defendant submitted a urinalysis sample which tested positive for marijuana on June 7, 2018. The defendant was taught the cognitive model to avoid illegal substance use in the future and remained enrolled in individual substance abuse counseling with Integrated Behavioral Healthcare Services. It was recommended that no further action be taken. Your Honor agreed with this recommendation on June 21, 2018.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant submitted a urinalysis sample which tested positive for marijuana on July 9, 2018. This is the defendant's third positive urinalysis sample since beginning supervision. The defendant has agreed to participate in community service as a sanction for his continued substance use. The defendant remains enrolled in individual substance abuse counseling with Integrated Behavioral Healthcare Services. The defendant's substance use will continue to be monitored through the Surprise Urinalysis Program. Our office will request that a revocation hearing be scheduled if the defendant submits any positive urinalysis samples in the future.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Eddie J. Smith

Eddie J. Smith
Supervising U.S. Probation Officer

/s/ Peter J. Yalango

Peter J. Yalango
U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2546
Executed On: July 25, 2018

## ORDER OF THE COURT

Considered and ordered this ___26th___ day of ___July_____, 2018, and ordered filed and made a part of the records in the above case.

Louise W. Flanagan
U.S. District Judge